of Appeal, Third Circuit, Parish of Lafayette. 187 So.2d 503.

Application denied. The judgment complained of is not final. Applicants' right to urge all points raised herein are reserved in the event the judgment finally rendered is adverse to them.

190 So.2d 234

Joy Reeves MANLEY

v.

L. B. MANLEY.

No. 48333.

Oct. 5, 1966.

In re: L. B. Manley applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 188 So.2d 194.

Writ refused. No error of law under facts found by the Court of Appeal.